UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEBRA WOOD,

        Plaintiff,

vs.                                  Case No. 8:06-CV-687-T-27TBM

CELLCO PARTNERSHIP
d/b/a VERIZON WIRELESS,

        Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by Magistrate Judge Thomas B. McCoun (Dkt. 13) recommending that Defendant's Motion to Strike and Motion to Dismiss Certain Claims in Plaintiff's Amended Complaint (Dkt. 5) be granted in part and denied in part. Neither party filed written objections to the Report and Recommendation, and the time for doing so has expired.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is

**ORDERED AND ADJUDGED** that

1) The Report and Recommendation (Dkt. 13) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) Defendant's Motion to Strike and Motion to Dismiss Certain Claims in Plaintiff's Amended Complaint (Dkt. 5) is **GRANTED in part** and **DENIED in part**.

1

3) Plaintiff's request for compensatory damages in Counts I and II, Plaintiff's request for punitive damages in Count IX, and Plaintiff's retaliation claims in Counts II, IV, VI, VIII, and IX to the extent that they purport to be based on her participation in Verizon Wireless's internal investigation are **STRICKEN**. In all other respects, the motion is **DENIED**.

**DONE AND ORDERED** in Tampa, Florida, on this 22nd day of March, 2007.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record